Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

United States Courts
Southern District of Texas
FILED
FEB 11 2020
David J. Bradley, Clerk of Court

Gregory Wade Brooks II
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State Commission on Judicial Conduct
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Gregory Wade Brooks II
   All other names by which you have been known: Grey Brooks
   ID Number: Spn 02753347
   Current Institution: Harris County Jail
   Address: 1200 Baker ST
   Houston, TX 77002
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: State Commission on Judicial Conduct
   Job or Title (if known): Disciplinary Board
   Shield Number: N/A
   Employer: ~~P.O. Box 12265~~
   Address: P.O Box 12265
   Austin, TX 78711
   City / State / Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   N/A
   City / State / Zip Code
   [ ] Individual capacity   [ ] Official capacity

**Defendant No. 3**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

N/A

City   State   Zip Code

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

N/A

City   State   Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

2018 High Bond!!
• Art.1.04# Due Process Violation °Art.17.151 P-R Bond Violation! I'm Indigent
• 36.06 Penal Code Obstruction (2018 Matter!) 24+48-hour law on charges!!
• They co-here in this matter so now They are Also Responsible!!!
• Wealth Base Bond System in forced = 2018 + 2019 + 2020 Case's All Apply here!!

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Page 3 of 11

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

- Civil Rights + Constitutional Rights Art.1.604 + Art.17.151 + 36.06 Penal Code
- Discrimination on the poor wealth Based Bond system Harris county Jail + Courts
- failed to provided Assistance on this matter + are now responsible As well!!
- 24+48-hour Law on Misdemenors + felonys !! 2015 + 2014 ! No Pre Trial Services

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Harris County Jail

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

When I Recceved Notice from commission on 2/6/2020 in was flawed!

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Representitive from The Commission sent Notice & failed to Assist me!! 2/6/2020
2. 2/6/2020 I was sent a flawed letter from Commission (Malicious)
3. I mailed this letter to the Judge on case 4:14-CV-03011
4. They seem to be Malicious concerning & considering this Matter 4:20-cv-00070 & more
5. Obstruction of Justice Apply's here as A Hate crime!! Sex offence!!
6. This is a Hate Crime on a Sex offender!! Failure to Assist in 36.06 Matter!! =2018!!
7. This is a Hate crime on a sex offender 2018 & 2020 As well Because I have several case's open!

V. Injuries: 36.06 Penal Code Apply's as well!! As a Hate crime on top of this matter in Court Now!

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. A Hate crime on Some one with a Sex offence 2/6/2020
2. Failure to validate & review & verify the claims in my letter About Case 4:20-CV-00070 (H-18-2076) July 16, 2018, (Civil suit, H-18-1408) may 7, 2018, (H-18-1218) April 23, 2018
3. 36.06 penal code violation obstruction of Justice
4. Art. 1.04 Due Process violation (24&48-hour Law on Misd & felony's) = 2018 & 2019 & 2020
5. Art. 17.151 Release Because of Delay violation & I'm Indigent, No PR-Bond
6. I'm in Danger Because of My Charge, a Sex offence in General Population At this Time!!
7. Wealth Based Bond System in force in Harris county Justice System & More, Slander & Defimation

VI. Relief: Civil Rights & Constitutional Rights were violated!!
9. This is Not a game to play with The Liberty of U.S. Citizens via Discrimination & Art. 1.04

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(Invoice) from Dec, 27, 2019 to & untill Relief is Made!!

$(80) Eighty Dollers per second: You Also co-here in the violations in case's in Court Now 8-cases in All Plus this civil suit Apply's as well Makes 9

1) Per minute: $4,800.⁰⁰
2) Per-hour: $288,000.⁰⁰
3) Per 24-hour Day: $6,912,000.⁰⁰
4) Per Month: $20,4,272,000.⁰⁰

• from Dec, 27, 2019 Till Relief is Made & Paid in full!!
• 10% Interest for every 24 hours Not paid Active Now!!
• To be Relief Made A.S.A.P!! (Thank you!)

(Provosions)

1. Payable in 30 Days from the Date of the fileing of this civil suit or it's 10% Interest + 100
2. $100 Dollers per Second if Not Paid in 30 Day's Plus 10% Interest Added on the figure yeilded
3. Payable in $(20) Doller Gold Peaces at face value to the Bank, & I need paper work on this!!
4. Twenty Doller Gold Peaces At face value, Payable in 30 Days from The fileing of this civil suit!!
5. The Times four clause Apply's to this case for All the violations in this Matter X4 clause!!
6. ex→($80 X 4 = 320) per second on this case if Not Paid in 30 Days from the fileing ($100 X 4 = 400) OK
7. In this case it would Be ($100) per second so its $(100) X 4 ($400) Dollers per second on this
8. $6,000.⁰⁰ per minute on this Matter OK!! & they must pay for (Expongments) on my case's
9. I need A status report in 30 Days from fileing Date on this civil suit or it 20% Interest!!
10. Increases Active at 1200 AM the next Day After the 30 Day Deadline is up! Thank you!!

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

○ The Jail Grievance Board Don'T cover This Matter!!

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

○ I Add This Matter To case Load on case 4:19-CV-0501! Active!!

○ My Judge in court on Case 4:19-CV-05011

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

2020 → ○ 4:20-CV-00070 (Dismissed without perJudice a Valud civil Suit!) 1915(g)
2018 → ○ Civil suit No. (H-18-2076) July 16, 2018 (H-18-1408) May 7, 2018 (H-18-1219) April 23, 2018

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Gregory W. Brooks II

   Defendant(s) Houston Police Department, Assistant District Attorney, H.C.J

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Bob Casey U.S District Courthouse

3. Docket or index number

   4:19-CV-05011

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   Dec-23-2018

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Still pending

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Yes!!

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   Gregory W. Brooks II
   Defendant(s)   Harris County Jail

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Bob Casey Courthouse, District Courthouse, 515 Rusk Avenue

3. Docket or index number
   4:20-CV-00248

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   Jan, 21, 2020

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Still Pending!!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/6/2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Gregory W. Brooks II
Prison Identification #: 00753347
Prison Address: 1200 Baker ST
Houston, TX 92134
City / State / Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Gregory Wade Brooks II
SPN: 02753347 Cell: 5D1B
Street 1200 Baker St
HOUSTON, TEXAS 77002

**aramark**

**INDIGENT**

United States Courts
Southern District of Texas
F I L E D

FEB 11 2020

David J. Bradley, Clerk of Court

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 4W
0000368784 FEB 07 2020
$ 000.80°